UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-35563 |
|---|---|
|     STEVE YOUNG | (Chapter 13) |
|     DIANA YOUNG | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004926**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 72 | SIDNEY DENTAL ASSOCIATES<br>113 N OHIO AVE  STE 310<br>SIDNEY, OH  45365 | 4.68 |
| 6/ 13 | CHRISTOPHER REEDER DO<br>383 REGENCY RIDGE<br>CENTERVILLE, OH  45459 | 1.46 |
| 9/ 33 | LIMA PULMONARY & CRITICAL CARE<br>830 W HIGH STREET<br>SUITE 360<br>LIMA, OH  45801 | 1.21 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/15/2010

Certificate of Service                05-35563

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

STEVE YOUNG
DIANA YOUNG
628 SOUTH HIGHLAND AVENUE
SIDNEY, OH  45365

STEVEN J GEISE
120 NORTH MAIN ST
SIDNEY, OH  45365

(119.1n)
CHRISTOPHER G PHILLIPS
SHAPIRO VAN ESS PHILLIPS
4805 MONTGOMERY ROAD STE 320
CINCINNATI, OH  45212

(13.1)
CHRISTOPHER REEDER DO
383 REGENCY RIDGE
CENTERVILLE, OH  45459

(115.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(113.1n)
FORD MOTOR CREDIT CO
BOX 537901
LIVONIA, MI  48153

(114.1n)
HSBC AUTO FINANCE
ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX  76006

(116.1n)
HSBC AUTO FINANCE DEPARTMENT
C/O THE RAMSEY LAW FIRM PC
PO BOX 201347
ARLINGTON, TX  76006

(33.1)
LIMA PULMONARY & CRITICAL CARE
830 W HIGH STREET
SUITE 360
LIMA, OH  45801

(118.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(72.1)
SIDNEY DENTAL ASSOCIATES
113 N OHIO AVE  STE 310
SIDNEY, OH  45365

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner             bl