UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 05-35563
STEVE YOUNG | (Chapter 13)
DIANA YOUNG |
Debtors | JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019154**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 24 | FOOT AND ANKLE CENTERS OF OHIO<br>1013 EAST SPRING ST<br>ST MARYS, OH  45885 | 0.93 |
| 4/ 23 | FOOT AND ANKLE CENTERS OF OHIO<br>1013 EAST SPRING ST<br>ST MARYS, OH  45885 | 2.36 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/8/2010

Certificate of Service                     05-35563

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

STEVE YOUNG
DIANA YOUNG
628 SOUTH HIGHLAND AVENUE
SIDNEY, OH  45365

STEVEN J GEISE
316 S. Main St
SIDNEY, OH  45365

(119.1n)
CHRISTOPHER G PHILLIPS
SHAPIRO VAN ESS PHILLIPS
4805 MONTGOMERY ROAD STE 320
CINCINNATI, OH  45212

(115.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(23.1)
FOOT AND ANKLE CENTERS OF OHIO
1013 EAST SPRING ST
ST MARYS, OH  45885

(113.1n)
FORD MOTOR CREDIT CO
BOX 537901
LIVONIA, MI  48153

(114.1n)
HSBC AUTO FINANCE
ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX  76006

(116.1n)
HSBC AUTO FINANCE DEPARTMENT
C/O THE RAMSEY LAW FIRM PC
PO BOX 201347
ARLINGTON, TX  76006

(118.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                    sv